IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06- 129 |
| LINDA DANYELL WILLIAMS, | : |
| Defendant. | : REDACTED |

INDICTMENT

The Grand Jury for the District of Delaware charges that:

*Introduction*

1. At all times relevant to this Indictment Hospital Billing & Collection Service, Ltd. ("HBCS") was a healthcare clearinghouse that provided billing services for not-for-profit hospitals nationwide. HBCS had regional offices in Baton Rouge, Louisiana and Boston, Massachusetts and a corporate office in New Castle, Delaware. In the course of its business, HBCS employed computers that were used in interstate commerce and interstate communications.

2. From in or around July 2005 to in or around June 2006, Linda Danyell Williams, the defendant, was employed by HBCS in New Castle, Delaware as an insurance representative. In that capacity, the defendant worked on a team that primarily processed claims for Froedtert Hospital, a hospital in Milwaukee, Wisconsin. HBCS authorized the defendant, Linda Danyell Williams, to access its computers for the limited purpose of performing her job duties. The defendant, Linda Danyell Williams, was not authorized to access HBCS' computers for the purpose of stealing the personal identity information of patients of HBCS' clients.

FILED
NOV 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3. At all times relevant to this Indictment, R.A., a previously indicted co-conspirator known to the grand jury, was a person with whom the defendant, Linda Danyell Williams, had a personal relationship.

## COUNT ONE

4. The facts contained in paragraphs one through three above are incorporated herein as though realleged in their entirety.

5. From in or around December 2005, through in or around April 2006, in the District of Delaware, Linda Danyell Williams, the defendant, and R.A., a previously indicted co-conspirator known to the grand jury, did knowingly conspire with each other to commit the following offenses:

    a. to knowingly and in violation of Part C Administrative Simplification, codified at Title 42, United States Code, Sections 1320d through 1320d-8, obtain individually identifiable health information relating to an individual, with the intent to sell, transfer, and use, and cause to be used, individually identifiable health information for personal gain, in violation of Title 42, United States Code, Sections 1320d-6(a)(2) and (b)(3);

    b. to knowingly and with intent to defraud exceed authorized access to a protected computer, and by such conduct further the intended fraud to obtain things of value exceeding $5,000, in violation of Title 18, United States Code, Section 1030(a)(4); and

    c. during and in relation to a felony violation of Title 18, United States Code, Section 1030(a)(4), to knowingly possess and use, without lawful authority, means of identification of other people, in violation of Title 18, United States Code, Section 1028A.

***Object of the Conspiracy***

6. It was the object of the conspiracy that the defendant and R.A. would unlawfully enrich themselves by stealing the personal identity information of patients of HBCS' clients. The stolen information included, *inter alia*, patients' names, dates of birth, Social Security numbers, and addresses. R.A. then used the information pertaining to at least 163 patients of HBCS' clients to file fraudulent income tax returns with the Internal Revenue Service ("I.R.S.") without the knowledge and/or permission of the patients, and, in so doing, obtained hundreds of thousands of dollars in fraudulent refunds from the I.R.S. In return for providing the information, R.A. paid the defendant, Linda Danyell Williams, a sum of money.

***Overt Acts***

7. In furtherance of the conspiracy, the defendant and/or R.A. committed the following overt acts in the District of Delaware:

a. On several occasions between in or around January 2006 and in or around April 2006, the exact dates being unknown, the defendant, Linda Danyell Williams, accessed HBCS' computers and printed out the personal identity information of patients of HBCS' clients;

b. On several occasions between in or around January 2006 and in or around April 2006, the exact dates being unknown, the defendant, Linda Danyell Williams, supplied R.A. with the personal identity information of a total of over 400 patients of HBCS' clients; and

c. Between in or around January 2006 and in or around April 2006, R.A. paid the defendant, Linda Danyell Williams, a sum of money in exchange for the patients' personal identity information.

All in violation of 18 U.S.C. § 371.

## COUNT TWO

8. The facts contained in paragraphs one through seven above are incorporated herein as though realleged in their entirety.

9. From in or around January 2006, through in or around April 2006, in the District of Delaware, the defendant, Linda Danyell Williams, then an employee of a healthcare clearinghouse, did knowingly and in violation of Part C Administrative Simplification, codified at Title 42, United States Code, Sections 1320d through 1320d-8, obtain and cause to be obtained individually identifiable health information relating to more than 400 individuals with the intent to sell, transfer, and use such information for personal gain, all in violation of Title 42, United States Code, Sections 1320d-6(a)(2) and (b)(3) and Title 18, United States Code, Section 2.

## COUNT THREE

10. The facts contained in paragraphs one through seven above are incorporated herein as though realleged in their entirety.

11. From in or around January 2006, through in or around April 2006, in the District of Delaware, the defendant, Linda Danyell Williams, knowingly and with intent to defraud, exceeded her authorized access to protected computers, specifically HBCS' computers which were used in interstate commerce and interstate communication, and by such conduct furthered the intended fraud and obtained things of value exceeding $5,000, to wit, the personal identity information of patients of HBCS' clients, all in violation of Title 18, United States Code, Section 1030(a)(4).

## COUNT FOUR

12. From in or around January 2006, through in or around April 2006, in the District

of Delaware, the defendant, Linda Danyell Williams, did knowingly possess and use, without lawful authority, means of identification of at least 163 persons, to wit, their names, dates of birth, Social Security numbers, and addresses, during and in relation to a felony violation of Title 18, United States Code § 1030(a)(4), as described in paragraphs one through seven and in paragraph eleven above, incorporated herein by reference, all in violation of Title 18, United States Code, Sections 1028A and 2.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: November 16, 2006