UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　CASE NO.　CR 06-129
　　　　vs.　　　　　　　　　　　　)
　　　　Linda D. Williams　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　)

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *November 30, 2006* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *January 16, 2007* The time between the date of this order and *January 16, 2007* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
　　United States Attorney