AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

UNITED STATES OF AMERICA
V.
LINDA DANYELL WILLIAMS

ELSMERE, DE 19805

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:    CR 06-129-GMS

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| Before:    Honorable Mary Pat Thynge, U.S. Magistrate Judge | Date and Time<br>12/6/06 AT 9:00 AM |

** Please report to the U.S. Marshal's office Rm #100 by 8:00 AM

To answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title    18    United States Code, Section(s)    371

Brief description of offense:

CONSPIRACY TO COMMIT IDENTITY THEFT - ( COUNT I );
WRONGFULLY OBTAINING INDIVIDUALLY IDENTIFIABLE HEALTH INFORMATION - ( COUNT II );
COMPUTER FRAUD - ( COUNT III );
AGGRAVATED IDENTITY THEFT - ( COUNT IV )

BY: _/s/ signature_, Deputy Clerk
Signature of Issuing Officer

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

NOVEMBER 28, 2006 at Wilmington, DE
Date

2006 DEC -6 AM 9:17
DISTRICT OF DELAWARE

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _def. already came to court_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  _12-6-06_
Date

_D.V. Thomas_
Name of United States Marshal

_D Fahey_
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

