IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-129 (GMS) |
| | ) | |
| LINDA DANYELL WILLIAMS | ) | |

## NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that the court will hold a scheduling conference regarding the above-captioned case, in chambers, on **Wednesday, April 4, 2007, at 9:15 a.m.**


Dated: March 28, 2007              /s/ Gregory M. Sleet
                                   UNITED STATES DISTRICT JUDGE