IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-129-GMS |
| LINDA DANYELL WILLIAMS, | : | |
| Defendant. | : | |

### MOTION TO DISMISS

Now comes the United States of America, by and through its undersigned attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant U.S. Attorney, and hereby respectfully moves that Counts One and Three of the Indictment returned against the defendant on November 16, 2006, be dismissed pursuant to the Memorandum of Plea Agreement.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: July 31, 2007

It is **SO ORDERED** this 31st day of July, 2007.

_____
HONORABLE GREGORY M. SLEET
Chief United States District Judge

FILED

AUG - 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE